**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Teresa Welch_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Teresa Welch   2/16/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Teresa Welch, Post Master for the USPS in Montgomery, AL as agent of service for the USA
6701 Winton Blount Blvd.
Montgomery, AL 36119

2:07 CV126-WHA

Sms, Emps Discovery materials

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label)
7003 0500 0002 7228 1467

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540