**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
P.O. Box 197
One Court Square
Montgomery, Alabama
36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Nancy Yarn_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

Nancy Yarn    2/23/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV126-WHA

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 2150 0005 7025 8222

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540