IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROL J. EILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:07-CV-126-WHA** |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND**

Comes now the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, moves for a thirty (30) day enlargement of time in which to answer or otherwise respond to plaintiff's complaint. The grounds for this motion are as follows:

1.    Plaintiff's complaint was filed on or about February 15, 2007. The United States Attorney for the Middle District of Alabama received a copy on or about February 23, 2007. The United States' response is presently scheduled to be filed on or before April 24, 2007.

2.     Plaintiff alleges that he was hit by a Postal Service vehicle. The litigation report has not been received from the Postal Service. The agency's litigation report is essential in the compilation of the answer or other response.

3. The United States Attorney's Office does not have access to the facts and information necessary to prepare a response in this matter other than through the agency's litigation report.

4. Counsel for plaintiff has been contacted regarding this request and has no objection to this 30-day enlargement.

Therefore, for the reasons set forth above and for good cause shown, defendant the United States respectfully requests a thirty (30) day enlargement of time, to and including May 24, 2007, in which to prepare and file its response to plaintiff's complaint.

Respectfully submitted this 18th day of April, 2007.

                                              LEURA G. CANARY
                                              United States Attorney

                  By:   /s/Stephen M. Doyle
                         STEPHEN M. DOYLE
                         Chief, Civil Division
                         Assistant United States Attorney
                         Attorney for the United States
                         Post Office Box 197
                         Montgomery, AL  36101-0197
                         District of Columbia Bar No. 422474
                         Telephone No.: (334) 223-7280
                         Facsimile No.: (334) 223-7418
                         **E-mail:  stephen.doyle@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Guy R. Willis, Esquire.

    /s/Stephen M. Doyle
Assistant United States Attorney