IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROL J. EILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:07-CV-126-WHA** |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

### UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND

Comes now the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, moves for a thirty (30) day enlargement of time in which to answer or otherwise respond to plaintiff's complaint. The grounds for this motion are as follows:

1. Plaintiff's complaint was filed on or about February 15, 2007. The United States Attorney for the Middle District of Alabama received a copy on or about February 23, 2007. The United States' response is presently scheduled to be filed on or before April 24, 2007.

2. Plaintiff alleges that he was hit by a Postal Service vehicle. The litigation report has not been received from the Postal Service. The agency's litigation report is essential in the compilation of the answer or other response.

**MOTION GRANTED TO AND INCLUDING** _May 24_, 20 _07_
**THIS** _18th_ **DAY OF** _April_, 20 _07_

_____
UNITED STATES DISTRICT JUDGE