IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CARROL J. EILAND,** | § § § | |
| Plaintiff, | § | **Case No.:2:07-CV-126-WHA** |
| v. | § § § | |
| **UNITED STATES OF AMERICA, et al.,** | § § | |
| Defendants. | § | |

## MOTION TO DISMISS

    COMES NOW YOUR PLAINTIFF, Carrol J. Eiland, by and through his attorney or record, Guy R. Willis, and would hereby move this Honorable Court to dismiss all claims in the above styled cause.

s/Guy W. Willis (WIL135)<br>
ATTORNEY FOR PLAINTIFF

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:   (334) 285-4488
Facsimile:    (334) 285-4552

## CERTIFICATE OF SERVICE

1

   I hereby certify that copies of the foregoing have been served upon the following by electronic transmission and by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 2nd **day** of **May 2007**.

US Attorney  
Post Office Box 197  
One Court Square  
Montgomery, Alabama  36101

        s/Guy R. Willis (WIL135)  
        Of Counsel