IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROL J. EILAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv126-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Dismiss (Doc. #9), filed on May 9, 2007, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that this case is DISMISSED, costs taxed as paid.

DONE this 9th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE